UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 2:19-cr-109-1 |
| | ) |
| ARELIGH LOUISON, | ) |
| MYSTIQUE CHARLES | ) |

## MOTION TO DISMISS CHARGES AGAINST ARLEIGH LOUISON

The United States of America, by and through its attorney, Christina E. Nolan, United States Attorney for the District of Vermont, seeks leave pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss all of the charges against defendant Arleigh Louison contained in the Third Superseding Indictment (Doc. No. 44) in this case. To be specific, the government requests the dismissal of Count One and Counts Two through Thirteen against defendant Louison.

The United States has received information from the City of New York Department of Health and Hygiene that defendant Louison died on or about November 24, 2020. Dismissal of the charges against defendant Louison is thus appropriate. *See, e.g.*, *United States v. Wallace*, 12-cr-49, 2012 WL 12892177, at *1 (E.D. Wash. July 2, 2012) (finding dismissal of indictment or a portion of an indictment against deceased defendant "is in harmony with the public interest").

After dismissal of the charges against defendant Louison, Count One against defendant Mystique Charles and the Forfeiture Notice remain in this case.

Dated at Burlington, in the District of Vermont, this 23rd day of December, 2020.

    Respectfully submitted,

    UNITED STATES OF AMERICA
    CHRISTINA E. NOLAN
    United States Attorney

By:    */s/ Nikolas P. Kerest*
    NIKOLAS P. KEREST
    Assistant United States Attorney
    P.O. Box 570
    Burlington VT 05402-0570
    (802) 951-6725
    nikolas.kerest@usdoj.gov